UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2020 SEP 16 PM 5: 16

UNITED STATES

v.                                       Case No. 8:20-cr-120-T-02JSS

DANIEL TONDRE
_____/

### THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby ORDERED that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

NAME: Viktoriia Tondre
ADDRESS: 2511 North Grady Avenue #70, Tampa, FL 33607
TELEPHONE NUMBER:

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

**Acknowledgement by Defendant**

I, Daniel Tondre, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

X_____          Address: 2511 North Grady Avenue #70
Signature of Defendant                              Tampa, FL 33607

RELEASE ORDERED:

_____
Sean P. Flynn
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2020