## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**vs.**                         **CASE NO. 8:20-cr-120-WFJ-JSS**

**STEVEN CHUN and**
**DANIEL TONDRE**

        **Defendants.**

_____/

### DEFENDANT DANIEL TONDRE'S TRIAL WITNESS LIST

Defendant Daniel Tondre hereby submits the following list of witnesses he intends to call to testify at trial in this matter:

1. Dr. Jules Preudhomme

2. Joe Rowan

3. Dr. Jorge Leal

4. Trish Cross;

5. John Alepin;

6. Sadaf Bazargan;

7. Joe Datin;

8. Daniel Pittman;

9. Dr. David Hershauer

10. David Costenzo

11. Dr. Robert Siegel

12. All witnesses listed on the government's witness list.

Mr. Tondre reserves the right to amend this list or call additional witnesses as required to defend the charges at trial or rebut government evidence and testimony.

Respectfully submitted,

*/s/ Bjorn E.Brunvand*
Bjorn E. Brunvand
Brunvand Wise, PA
PA 615 Turner St
Clearwater, FL 33756
Phone:  727-446-7505
Fax:  727-446-8147
Email: bjorn@acquitter.com

*/s/ Roger D. Futerman*
Roger D. Futerman
Roger D. Futerman & Associates
Suite 201
13620 - 49th St N
Clearwater, FL 33762
Phone:  727-344-5511
Email: futermanlaw@yahoo.com
**Counsel for Daniel Tondre**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record and counsel for any co-defendants.

*/s/ Bjorn E.Brunvand*
Bjorn E. Brunvand