UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:20-cr-120-WFJ-JSS

STEVEN CHUN ET AL.

### GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Gregg Anderson
2. Michael Babich
3. Mitchell Blum
4. Meredith Brewer
5. Amanda Bulkley
6. Alec Burlakoff
7. Tamera Campbell
8. Rob Caragiulos
9. John Chang
10. Shaukat Chowdhari
11. Bokhee Chun a/k/a Bokhee Kim
12. Myrdalis Diaz-Ramirez

13. Jacob Duggar
14. Luke Erickson
15. Mark Filosi
16. Kyle Ford
17. Pier Frank
18. Michael Frey
19. Raquel Garrido
20. John Gattoline
21. Elizabeth Gurrieri
22. Mia Guzman
23. Ted Halmi
24. Karen Hill
25. Christian Jurs
26. Kerry King
27. Tracy Krane
28. Tamara Laffeirre
29. Caroline Yoder
30. Michael Makalusky
31. Poonam Maini
32. Steven Mamus
33. Kaaren Miller
34. Aqsa Nawaz-Chowdhry

35. Mandi Nehring
36. Tom Tae Noh
37. Rudolfo Panganiban
38. Bhumin Patel
39. Jerry Pireaux
40. Stephen Plummer
41. Ludmilla Reigel
42. Maury Rice
43. Minnie Rivers
44. Andre Rosado
45. Kim Sellick
46. Tami Russ
47. Allan Smith
48. Johanna Sullivan
49. Aneddail Torres-Ayala
50. Ronda Vest
51. Scott Wisnaskas

The United States reserves the right to call additional witnesses during the trial of this case, including in rebuttal, if appropriate.

                              Respectfully submitted,

                              ROGER B. HANDBERG
                              United States Attorney

By:  */s/ Kelley C. Howard-Allen*
      Kelley C. Howard-Allen
      Assistant United States Attorney
      Florida Bar No.: 0085464
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Kelley.Howard@usdoj.gov

      */s/ Jennifer L. Peresie*
      Jennifer L. Peresie
      Assistant United States Attorney
      United States Attorney No. 120
      E-mail: Jennifer.Peresie@usdoj.gov

U.S. v. Chun et al.                                          Case No. 8:20-cr-120-WFJ-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Counsel of Record

                             */s/ Kelley C. Howard-Allen*
                             Kelley C. Howard-Allen
                             Assistant United States Attorney
                             Florida Bar No.: 0085464
                             400 N. Tampa St., Ste. 3200
                             Tampa, FL 33602-4798
                             Telephone: (813) 274-6000
                             Facsimile: (813) 274-6358
                             E-mail: Kelley.Howard@usdoj.gov