**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:20-cr-120-WFJ-JSS | **DATE:** May 9, 2022 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA |
| | **DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 9:10 AM – 11:01 AM, 11:22 AM – 12:30 PM, 1:05 PM – 1:53 PM, 2:05 PM – 3:27 PM, 3:47 PM – 5:00 PM<br><br>**TOTAL:** 6 Hours 22 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY SELECTION/ JURY TRIAL - DAY 1

9:10 AM  Court in session

Counsel identified for the record.
Present for Government: Kelley Howard-Allen, Jennifer Peresie.
Seated at the Government's table: Kyle Ford, Former HHS-OIG Agent and Mitchell Blum, HHS-OIG Agent
Present for Defendant: Mark Rankin and Nicole Waid for defendant Steven Chun
Bjorn Brunvand and Roger Futerman for defendant Daniel Tondre.

The Court addressed preliminary matters.

9:22 AM  Jury panel enters the courtroom.
Court addressed the Jury Panel and *Voir Dire* begins.

11:01 AM  Jurors exit the courtroom.
Court in recess.

11:22 AM  Court back in session.
Jurors recalled into the courtroom.
*Voir Dire* continues.

| | |
|---|---|
| 12:25 PM | Jurors exit the courtroom.<br>*Voir Dire* concluded. |
| 12:30 PM | Court in recess. |
| 1:05 PM | Court back in session. |
| 1:53 PM | Court in recess. |
| 2:05 PM | Court in session.<br>Selected jury panel enters the courtroom.<br>Jurors sworn. |
| 2:12 PM | Opening statement made by Government's counsel, Jennifer Peresie, AUSA. |
| 2:40 PM | Opening statement made by Defense counsel, Mr. Rankin on behalf of Steven Chun. |
| 3:15 PM | Opening statement made by Defense counsel, Mr. Futerman on behalf of Daniel Tondre. |
| 3:27 PM | Court in recess. Jurors exit the courtroom. |
| 3:47 PM | Court back in session. |
| 3:54 PM | Jurors recalled into the courtroom.<br><br>**Government Witness #1:** Tracy Krane (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA. |
| 5:00 PM | Jurors excused for the evening.<br>Court in recess.<br>Court will reconvene at 9:00am tomorrow morning. |