**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:20-cr-120-WFJ-JSS | **DATE:** May 10, 2022 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA |
| | **DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:53 AM – 10:47 AM, 11:04 AM – 12:30 PM, 1:30 PM – 3:25 PM, 3:41 PM – 5:00 PM<br><br>**TOTAL:** 6 Hours 34 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 2

8:53 AM  Court in session

  The Court addressed preliminary matters.
  Juror # 15 excused from Jury Panel.

9:05 AM  Jury panel enters the courtroom.

  **Government Witness #1:** Tracy Krane (previously sworn).
  Continued direct examination by Kelley Howard-Allen, AUSA.
  Cross examination by Roger Futerman.
  Cross examination by Mark Rankin.
  Redirect by Kelley Howard-Allen, AUSA.

10:45 AM  Jurors exit the courtroom.

10:47 AM  Court in recess.

11:04 AM  Court back in session.

  Continued redirect by Kelley Howard-Allen, AUSA.

|          |                                                                                                     |
|----------|-----------------------------------------------------------------------------------------------------|
|          | Witness excused.                                                                                    |
| 11:14 AM | **Government Witness #2:** Michael Babich (Sworn). <br> Direct examination by Jennifer Peresie, AUSA. |
| 12:30 PM | Jurors exit the courtroom. <br> Court in recess.                                                    |
| 1:30 PM  | Court back in session.                                                                              |
| 1:35 PM  | Jurors recalled into the courtroom. <br><br> Continued direct examination by Jennifer Peresie, AUSA. <br> Cross examination by Mark Rankin. |
| 3:23 PM  | Jurors exit the courtroom.                                                                          |
| 3:25 PM  | Court in recess.                                                                                    |
| 3:41 PM  | Court in session. <br> Jurors recalled into the courtroom. <br><br> Cross examination by Bjorn Brunvand. <br> Redirect by Jennifer Peresie, AUSA. <br> Witness excused. |
| 4:28 PM  | **Government Witness #3:** Johanna Sullivan (Sworn). <br> Direct examination by Kelley Howard-Allen, AUSA. |
| 5:00 PM  | Jurors excused for the evening. <br> Court in recess. <br> Court will reconvene at 9:00am tomorrow morning. |