**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:20-cr-120-WFJ-JSS | **DATE:** May 11, 2022 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA |
| | **DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 9:03 AM – 10:21 AM, 10:40 AM – 12:19 PM, 1:25 PM – 2:52 PM, 3:10 PM – 5:00 PM<br><br>**TOTAL:** 6 Hours 14 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 3

9:03 AM      Court in session

                 The Court addressed preliminary matters.

9:07 AM      Jury panel enters the courtroom.

                 **Government Witness #4:** Rudolfo Panganiban (Sworn).
                 Direct examination by Jennifer Peresie, AUSA.
                 Cross examination by Roger Futerman.
                 Redirect by Jennifer Peresie, AUSA.
                 Witness excused.

9:42 AM      **Government Witness #5:** Steven Mamus (Sworn).
                 Direct examination by Jennifer Peresie, AUSA.
                 Cross examination by Mark Rankin.
                 Cross examination by Roger Futerman.
                 Redirect by Jennifer Peresie, AUSA.
                 Witness excused.

| | |
|---|---|
| 10:21 AM | Jurors exit the courtroom.<br>Court in recess. |
| 10:40 AM | Court back in session.<br>Jurors enter the courtroom.<br><br>**Government Witness #6:** John Chang (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Mark Rankin.<br>Cross examination by Roger Futerman.<br>Redirect by Jennifer Peresie, AUSA.<br>Witness excused. |
| 11:17 AM | **Government Witness #3:** Johanna Sullivan (previously sworn).<br>Continued direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Nicole Waid.<br>Redirect by Kelly Howard-Allen, AUSA.<br>Witness excused. |
| 12:19 PM | Jurors exit the courtroom.<br>Court in recess. |
| 1:25 PM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>**Government Witness #7:** Kerry King (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Nicole Waid.<br>Redirect by Kelley Howard-Allen, AUSA.<br>Witness excused. |
| 2:52 PM | Jurors exit the courtroom.<br>Court in recess. |
| 3:10 PM | Court back in session.<br>Jurors recalled into the courtroom. |
| 3:12 PM | **Government Witness #8:** John Gattoline (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Nicole Waid.<br>Cross examination by Roger Futerman.<br>Redirect by Kelley Howard-Allen, AUSA.<br>Witness excused. |
| 4:10 PM | **Government Witness #9:** Alex Burlakoff (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA. |
| 5:00 PM | Jurors excused for the evening.<br>Court in recess.<br>Court will reconvene at 9:00am tomorrow morning. |