**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:20-cr-120-WFJ-JSS | **DATE:** May 12, 2022 |
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA |
| | **DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 9:00 AM – 10:45 AM, 11:00 AM – 12:30 PM, 1:25 PM – 3:24 PM, 3:40 PM – 5:00 PM<br>**TOTAL:** 6 Hours 34 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 4

| | |
|---|---|
| 9:00 AM | Court in session<br><br>The Court addressed a juror matter. |
| 9:03 AM | Jury panel enters the courtroom.<br><br>**Government Witness #9:** Alex Burlakoff (previously sworn).<br>Continued direct examination by Kelley Howard-Allen, AUSA. |
| 10:45 AM | Jurors exit the courtroom.<br>Court in recess. |
| 11:00 AM | Court in session.<br>Jurors recalled into the courtroom.<br><br>Continued direct examination by Kelley Howard-Allen, AUSA. |
| 12:30 PM | Jurors exit the courtroom.<br>Court in recess. |

| | |
|---|---|
| 1:25 PM | Court in session. |
| 1:35 PM | Jurors recalled into the courtroom. |
| | Continued direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Roger Futerman.<br>Cross examination by Nicole Waid. |
| 3:24 PM | Jurors exit the courtroom.<br>Court in recess. |
| 3:40 PM | Court back in session.<br>Jurors recalled into the courtroom. |
| | Continued cross examination by Nicole Waid.<br>Redirect by Kelley Howard -Allen, AUSA.<br>Witness excused. |
| 4:04 PM | **Government Witness #10:** Caroline Yoder (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Mark Rankin.<br>Redirect Jennifer Peresie, AUSA.<br>Witness excused. |
| 4:20 PM | **Government Witness #11:** Mandi Nehring (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA. |
| 5:00 PM | Jurors excused for the evening.<br>Court in recess.<br>Court will reconvene at 9:00am Monday, May 16, 2022. |