**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:20-cr-120-WFJ-JSS | **DATE:** May 16, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA<br><br>**DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:58 AM – 10:32 AM, 10:44 AM – 12:28 PM, 1:30 PM – 3:00 PM, 3:14 PM – 5:03 PM **TOTAL:** 6 Hours 37 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 5

8:58 AM  Court in session

9:03 AM  Jury panel enters the courtroom.

**Government Witness #12:** Myrdalis Diaz-Ramirez (Sworn).
Direct examination by Jennifer Peresie, AUSA.
Cross examination by Mark Rankin.
Cross examination by Roger Futerman.
Redirect by Jennifer Peresie, AUSA.
Witness excused.

9:38 AM  **Government Witness #13:** Shaukat Chowdhari (Sworn).
Direct examination by Jennifer Peresie, AUSA.
Cross examination by Roger Futerman.
Witness excused.

9:49 AM  **Government Witness #11:** Mandi Nehring (Previously sworn).
Continued direct examination by Kelley Howard-Allen, AUSA.
Cross examination by Mark Rankin.
Cross examination by Roger Futerman.
Redirect by Kelley Howard-Allen, AUSA.

| | |
|---|---|
| 10:30 AM | Jurors exit the courtroom. |
| 10:32 AM | Court in recess. |
| 10:44 AM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>Continued redirect by Kelley Howard- Allen, AUSA.<br>Witness excused. |
| 10:47 AM | **Government Witness #14:** Ted Halmi (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Mark Rankin.<br>Cross examination by Roger Futerman.<br>Redirect by Jennifer Peresie, AUSA.<br>Witness excused. |
| 11:12 AM | **Government Witness #15:** Elizabeth Gurrieri (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA. |
| 12:28 PM | Jurors exit the courtroom.<br>Court in recess. |
| 1:30PM | Court in session.<br>Jurors recalled into the courtroom.<br><br>Continued direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Nicole Waid.<br>Cross examination by Bjorn Brunvand.<br>Redirect by Kelley Howard-Allen, AUSA.<br>Witness excused. |
| 3:00 PM | Jurors exit the courtroom.<br>Court in recess. |
| 3:14 PM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>**Government Witness #16:** Kim Sellick (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Mark Rankin.<br>Redirect by Jennifer Peresie, AUSA.<br>Witness excused |
| 3:39 PM | **Government Witness #17:** Andre Rosado (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA. |
| 5:03 PM | Jurors excused for the evening.<br>Court in recess.<br>Court will reconvene at 9:00am tomorrow morning. |