**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:20-cr-120-WFJ-JSS | **DATE:** May 17, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA |
| | **DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:56 AM – 10:40 AM, 10:57 AM – 12:20 PM, 1:17 PM – 3:07 PM, 3:21 PM – 4:56 PM **TOTAL:** 6 Hours 32 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 6

8:56 AM  Court in session

The Court addressed preliminary matters.

8:59 AM  Jurors recalled into the courtroom.

**Government Witness #18:** Pier Frank (Sworn).
Direct examination by Jennifer Peresie, AUSA.
Cross examination by Roger Futerman.
Witness excused.

9:15 AM  **Government Witness #17:** Andre Rosado (Previously sworn).
Continued direct examination by Kelley Howard-Allen, AUSA.

10:40 AM  Jurors exit the courtroom.
Court in recess.

10:57 AM  Court back in session.
Jurors recalled into the courtroom.

Cross examination by Roger Futerman.

|          |                                                                                                                                                                                                                       |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Cross examination by Nicole Waid.<br>Redirect by Kelley Howard-Allen, AUSA.<br>Witness excused.                                                                                                                       |
| 12:20 PM | Jurors exit the courtroom.<br>Court in recess.                                                                                                                                                                        |
| 1:17 PM  | Court back in session.<br>Jurors recalled into the courtroom.                                                                                                                                                         |
|          | **Government Witness #19:** Bhumin Patel (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Mark Rankin.<br>Cross examination by Roger Futerman.<br>Redirect by Jennifer Peresie, AUSA.<br>Witness excused. |
| 2:04 PM  | **Government Witness #20:** Poonam Maini (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Nicole Waid.<br>Cross examination by Roger Futerman.<br>Witness excused.                |
| 2:41 PM  | **Government Witness #21:** Mark Filosi (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Bjorn Brunvand.<br>Witness excused.                                                         |
| 3:05 PM  | Jurors exit the courtroom.                                                                                                                                                                                            |
| 3:07 PM  | Court in recess.                                                                                                                                                                                                      |
| 3:21 PM  | Court back in session.<br>Jurors recalled into the courtroom.                                                                                                                                                         |
|          | **Government Witness #22:** Rob Caragiulos (Sworn).<br>Direct examination by Jennifer Peresie, AUSA.<br>Cross examination by Mark Rankin.<br>Witness excused.                                                         |
| 3:33 PM  | **Government Witness #23:** Michael Frey (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Mark Rankin.<br>Cross examination by Bjorn Brunvand.<br>Redirect by Kelley Howard-Allen, AUSA.<br>Witness excused. |
| 4:52 PM  | Jurors excused for the evening.                                                                                                                                                                                       |
| 4:56 PM  | Court in recess.<br>Court will reconvene at 9:00am tomorrow morning.                                                                                                                                                  |