**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:20-cr-120-WFJ-JSS | DATE: May 18, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA |
| | **DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 9:09 AM – 11:12 AM, 11:18 AM – 12:28 PM, 1:25 PM – 3:05 PM, 3:17 PM – 5:00 PM **TOTAL:** 6 Hours 52 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 7

| | |
|---|---|
| 9:09 AM | Court in session<br><br>The Court addressed preliminary matters. |
| 9:12 AM | Jurors recalled into the courtroom.<br><br>**Government Witness #24:** Aqsa Nawaz-Chowdhry (Deposition read into the record). Direct examination by Jennifer Peresie, AUSA. |
| 10:48 AM | Jurors exit the courtroom.<br><br>The Court addressed preliminary matters. |
| 11:12 AM | Court in recess. |
| 11:18 AM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>Cross examination by Mark Rankin.<br>Redirect examination by Jennifer Peresie, AUSA.<br>Recross by Mark Rankin.<br>Reading of deposition of Aqsa Nawaz-Chowdhry concluded. |

| | |
|---|---|
| 12:28 PM | Jurors exit the courtroom.<br>Court in recess. |
| 1:25 PM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>**Government Witness #24:** Kyle Ford (Sworn).<br>Direct examination by Kelley Howard-Allen, AUSA. |
| 3:00 PM | Jurors exit the courtroom. |
| 3:05 PM | Court in recess. |
| 3:17 PM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>Continued direct examination by Kelley Howard-Allen, AUSA.<br>Cross examination by Mark Rankin. |
| 5:01 PM | Jurors excused for the evening.<br><br>The Court address the *Motion in Limine* (Doc. 194). |
| 5:16 PM | Court in recess.<br>Court will reconvene at 9:00am tomorrow morning. |