**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:20-cr-120-WFJ-JSS | DATE: May 19, 2022 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | **INTERPERTER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEVEN CHUN**<br>**DANIEL TONDRE** | **GOVERNMENT COUNSEL**<br>Kelley Howard-Allen, AUSA<br>Jennifer Peresie, AUSA<br><br>**DEFENSE COUNSEL**<br>Mark Rankin, Retained<br>Nicole Waid, Retained<br>Bjorn Brunvand, Retained<br>Roger Futerman, Retained |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 8:54 AM – 9:53 AM, 10:11 AM – 11:43 AM, 11:58 AM – 12:45 PM, 1:30 PM – 4:40 PM **TOTAL:** 6 Hours 31 Minutes | **COURTROOM:** 15B |

**PROCEEDINGS:** JURY TRIAL - DAY 8

8:54 AM    Court in session

   The Court addressed preliminary matters.

9:03 AM    Jurors recalled into the courtroom.

   **Government Witness #25:** Kyle Ford (Previously sworn)
   Continued cross examination by Mark Rankin.
   Cross examination by Bjorn Brunvand.
   Redirect by Kelley Howard-Allen, AUSA.
   Witness excused.

9:53 AM    Jurors exit the courtroom.
   Court in recess.

10:13 AM    **GOVERNMENT REST.**

10:14 AM    **Defense Witness #1:** Daniel Tondre (Sworn)
   Direct examination by Roger Futerman.

11:43 AM    Jurors exit the courtroom.
   Court in recess.

| | |
|---|---|
| 11:58 AM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>Continued direct examination by Roger Futerman. |
| 12:45 PM | Jurors exit the courtroom.<br>Court in recess. |
| 1:30 PM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>Cross examination by Nicole Waid.<br>Cross examination by Kelley Howard-Allen, AUSA. |
| 3:23 PM | Jurors exit the courtroom.<br>Court in recess. |
| 3:44 PM | Court back in session.<br>Jurors recalled into the courtroom.<br><br>Continued cross examination by Kelley Howard-Allen, AUSA.<br>Redirect by Roger Futerman.<br>Witness excused. |
| 4:07 PM | **DEFENSE REST** (as to Daniel Tondre).<br><br>**Defense Witness #1:** Kyle Ford (Previously Sworn)<br>Direct examination by Mark Rankin.<br>Cross examination by Jennifer Peresie, AUSA.<br>Redirect examination by Mark Rankin.<br>Witness excused. |
| 4:14 PM | **DEFENSE REST** (as to Steven Chun) |
| 4:16 PM | Jurors exit the courtroom.<br><br>For the reasons stated on the record the Court **DENIED** the *Rule 29 Motion*. |
| 4:35 PM | The Court conducts a charge conference. |
| 4:40PM | Court in recess.<br>Court will reconvene at 9:00am Monday May 23,2022. |